UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TRACY ANDREWS, an individual,

   Plaintiff, individually and on behalf
of all other persons similarly situated,

 vs.

AMERIHOME MORTGAGE COMPANY,

   Defendant.

CASE NO: 4:21CV156-RH-MAF

JURY TRIAL DEMANDED

## STIPULATION TO DISMISS

Pursuant to F. R. Civ. Pro. 41 (a)(2), the parties stipulate that this action may be dismissed without prejudice, each party to bear it own costs and fees.

| | |
|---|---|
| */s/ Howard B. Prossnitz* <br> Howard B. Prossnitz (Fla Bar. No. 60031) <br> LAW OFFICES OF HOWARD PROSSNITZ, PLLC <br> 1014 Ontario Street <br> Oak Park, IL 60302 <br> Phone (708) 203-5747 <br> prossnitzlaw@gmail.com | */s/ Steven J. Brotman* <br> Steven J. Brotman <br> Florida Bar Number: 85750 <br> LOCKE LORD LLP <br> 777 South Flagler Drive, Suite 215-East <br> West Palm Beach, Florida 33401 <br> Telephone: 561-833-7700 <br> Facsimile: 561-655-8719 <br> tcunningham@lockelord.com <br> steven.brotman@lockelord.com <br> Attorneys for Defendant |

| | |
|---|---|
| */s/ Young Kim* <br> Young Kim (Fla. Bar No. 122202) <br> CONSUMER LAW ATTORNEYS <br> 2727 Ulmerton Road, Suite 270 <br> Clearwater, FL  33762 <br> Phone: (877) 241-2200 <br> Fax: 727-623-4611 <br> federal@consumerlawattorneys.com <br> ykim@consumerlawattorneys.com <br><br> *Attorneys for Plaintiff* | |

**DATED: OCTOBER 15, 2021**

### CERTIFICATE OF SERVICE

I, Howard B. Prossnitz, an attorney, hereby certify that on October 15, 2021, I electronically filed the foregoing with the Court's CM/ECF system, which will send notification to all counsel of record.

/s/ *Howard B. Prossnitz*